THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODOLFO BEACH, Appellant. [638 NYS2d 653]

Defendant's motion to withdraw his plea was properly denied. Defendant was afforded a reasonable opportunity to present his specific contentions by means of both written and oral applications (*People v Woodard*, 208 AD2d 411, *lv denied* 84 NY2d 1040). "The minutes of the plea proceeding establish that the plea was entered knowingly and voluntarily, belying defendant's unsupported claims, *inter alia*, of coercion and ineffective assistance of counsel." (*People v Galarza*, 219 AD2d 514.) New counsel need not have been appointed simply because counsel declined to join in defendant's *pro se* application to withdraw the plea. We note the court adequately addressed defendant's contentions and find the court properly rejected his motion on the merits (*cf., People v Sides*, 75 NY2d 822, 824-825). Concur—Wallach, J. P., Ross, Nardelli, Williams and Mazzarelli, JJ.